Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN JEREZ,<br><br>                          Plaintiff,<br><br>-against-<br><br>BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., and RECTOR OF TRINITY CHURCH,<br><br>                          Defendants. | Case No.:<br>07-CV-5297 (AKH)<br><br><br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.** |

**PLEASE TAKE NOTICE THAT** defendant, HUDSON TOWERS HOUSING CO., INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). HUDSON TOWERS HOUSING CO., INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, HUDSON TOWERS HOUSING CO., INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
September 10, 2007

                Yours etc.,

                **HARRIS BEACH PLLC**

                _____
                Brian A. Bender, Esq. (BAB-0218)
                HARRIS BEACH PLLC
                *Attorney for Defendant*
                ***HUDSON TOWERS HOUSING CO., INC.***
                100 Wall Street, 23rd Floor
                New York, New York 10005
                (212) 687-0100

245309.1

IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN JEREZ,

Plaintiff,

-against-

BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., and RECTOR OF TRINITY CHURCH,

Defendants.

Case No.:
07-CV-5297 (AKH)

# NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100