UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SIRE LITIGATION

21 MC 102 (AKH)

-----------------------------------------------------------------x
CARMEN JEREZ

                          Plaintiff

    -against-

RECTOR OF TRINITY CHURCH, et al.

                         Defendant.
-----------------------------------------------------------------x

Index No.: 07 CV 05297

**NOTICE OF APPEARANCE**

**ELECTRONICALLY FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:    New York, New York
           December 10, 2007

                                  LONDON FISCHER, LLP

                By:    _____
                           Gillian Hines Kost (GK-2880)
                           59 Maiden Lane
                           New York, New York 10038
                           Phone: (212) 972-1000
                           Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Jerez\Pleadings\Notice of Appearance